# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

March 3, 2025

Before

FRANK H. EASTERBROOK, *Circuit Judge*
MICHAEL B. BRENNAN, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| No. 25-8001 | IN RE: <br> AMAZON.COM INC. and AMAZON.COM SERVICES, LLC, <br> Petitioners |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05336 <br> Northern District of Illinois, Eastern Division <br> District Judge Jorge L. Alonso | |

The following is before the court:

1. **PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on January 16, 2025, by counsel for the petitioners.

2. **ANSWER IN OPPOSITION TO AMAZON'S PETITION FOR PERMISSION TO APPEAL**, filed on February 5, 2025, by counsel for the respondents.

3. **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(f)**, filed on February 26, 2025, by counsel for the petitioners,

**IT IS ORDERED** that the motion for leave to file a reply is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered reply.

**IT IS FURTHER ORDERED** that the petition is **GRANTED**. Petitioner shall pay the

-over-

No. 25-8001 Page 2

required docket fees to the clerk of the district court within fourteen days from the entry of this order pursuant to Federal Rule of Appellate Procedure 5(d)(1). Once the district court notifies this court that the fees have been paid, the appeal will be entered on this court's general docket.