IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANYA N. SVOBODA and ANTONELLA M. ORTIZ COLOSI, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Case No. 1:21-cv-05336 <br><br> Hon. Jorge L. Alonso <br><br> Mag. Laura K. McNally |

**JOINT STATUS REPORT REGARDING PROPOSED STAY PENDING RESOLUTION OF DEFENDANTS' PETITION FOR REHEARING EN BANC**

Pursuant to the Court's July 7, 2025 Order (ECF No. 392), Plaintiffs Tanya Svoboda and Antonella Ortiz Colosi, and Defendants Amazon.com, Inc. and Amazon.com Services, LLC (collectively "Amazon"), submit the following:

This case has been stayed pending the Seventh Circuit's resolution of Amazon's appeal. *See* ECF No. 392.

On December 17, 2025, the Seventh Circuit affirmed the District Court's class certification ruling.

By December 31, 2025, Amazon intends to file a petition for rehearing en banc.

The Parties respectfully propose that that the current stay remain in place, pending resolution of Amazon's petition, and that within fourteen (14) days of the Seventh Circuit's resolution of the petition, they file a joint status report advising the Court regarding the petition's status and proposing next steps.

Dated: December 30, 2025          Respectfully Submitted,

/s/ Theodore H. Kuyper
Keith J. Keogh
Timothy J. Sostrin
Theodore H. Kuyper
KEOGH LAW, LTD.
55 W. Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-1092
(312) 726-1093 (fax)
keith@keoghlaw.com
tsostrin@keoghlaw.com
tkuyper@keoghlaw.com
***Attorneys for Plaintiffs and the Class***


/s/ Elizabeth B. Herrington
Elizabeth B. Herrington
Alborz Hassani
MORGAN, LEWIS, BOCKIUS LLP
110 N. Wacker Drive, Suite 2800
Chicago, Illinois 60606
(312) 324-1000
beth.herrington@morganlewis.com
al.hassani@morganlewis.com

Ari M. Selman
MORGAN, LEWIS, BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-1000
ari.selman@morganlewis.com
***Attorneys for Defendants***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on December 30, 2025, I caused a copy of the foregoing ***Joint Status Report Regarding Proposed Stay Pending Resolution of Defendants' Petition for Rehearing En Banc*** to be served upon all counsel of record via electronic filing using the CM/ECF system.

      /s/ Elizabeth B. Herrington